certiorari to the Supreme Court of the State of Kansas granted. *Mr. Ray Campbell* for petitioner. *Mr. N. H. Loomis* and *Mr. T. M. Lillard* for respondent.

---

No. 623. COMMONWEALTH OF AUSTRALIA ET AL. *v.* JOHN L. McLEAN, AS TRUSTEE IN BANKRUPTCY, ETC. December 10, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Corwin S. Shank* for petitioners. *Mr. Ira Bronson* and *Mr. H. B. Jones* for respondent.

---

No. 495. JAMES C. DAVIS, AS DIRECTOR GENERAL, ETC. *v.* A. E. MANRY. January 7, 1924. Petition for a writ of certiorari to the Court of Appeals of the State of Georgia granted. *Mr. T. M. Cunningham, Jr.,* and *Mr. I. J. Hofmayer* for petitioner. *Mr. Robert Douglas Feagin* for respondent.

---

No. 708. SAM MICHAELSON ET AL. *v.* UNITED STATES EX REL. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY. January 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Donald R. Richberg, Mr. John A. Cadigan* and *Mr. Jackson H. Ralston* for petitioners. *Mr. Richard L. Kennedy* for respondent.

---

PETITIONS FOR CERTIORARI DENIED, FROM OCTOBER 1, 1923, TO AND INCLUDING JANUARY 28, 1924.

No. 286. AETNA INSURANCE COMPANY ET AL. *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT, ETC. Error to the Supreme Court of the State of Mississippi. October

8, 1923.  Petition for a writ of certiorari herein denied. *Mr. William H. Watkins, Mr. R. L. McLaurin, Mr. William Thompson, Mr. Edward L. Blodgett* and *Mr. Foye M. Murphy,* for plaintiffs in error, in support of the petition. *Mr. Earl N. Floyd,* for defendant in error, in opposition to the petition.  [See *ante,* 673, 678.]

No. 347. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. *v.* STANDARD OIL COMPANY OF INDIANA.  October 8, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied.  *Mr. Herbert E. Boynton* for petitioner.  *Mr. Reuben Hatch* for respondent.

No. 348. PENNSYLVANIA RAILROAD COMPANY *v.* NETTIE A. CROUSE, ADMINISTRATRIX, ETC.  October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Union C. DeFord* for petitioner.  No appearance for respondent.

No. 356. W. MEISCHKKE-SMITH ET AL., TRUSTEES, ETC. *v.* JUSTUS S. WARDELL, UNITED STATES COLLECTOR OF INTERNAL REVENUE, ETC., ET AL.  October 8, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Allan P. Matthew* and *Mr. Edward J. McCutchen* for petitioners.  No brief filed for respondents.

No. 360. UNITED STATES TO THE USE AND BENEFIT OF W. B. YOUNG SUPPLY COMPANY *v.* CHARLES O. STEWART ET AL.  October 8, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. I. N. Watson* and *Mr. Henry N. Ess* for petitioner.  No appearance for respondents.